IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03051-MJW

PATRICIA S. LORENCE,

Plaintiff,

v.

CITY OF ARVADA,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's "Motion to Reconsider Order That Plaintiff Serve Complaint Forthwith Despite Fed.R.Civ. P. 4 (m) Which Allows For Service Within 120 Days of Filing Complaint, And Motion to Reconsider Order Scheduling 16(b) For January 13, 2015" (**Docket No. 10**) is **DENIED**.

Plaintiff's counsel appears to believe that a Rule 16 scheduling conference is currently set for January 13, 2015 (see Docket No. 10, ¶ 10).  However, on December 31, 2014, the Court vacated the scheduling conference and replaced it with a status conference (Docket No. 9).  The purpose of the status conference is not to enter scheduling deadlines under Rule 16 but, rather, for counsel to discuss with the Court the current status of the case and the cause for failing to meet the Rule 16 and Rule 26 deadlines set forth in the Court's initial order (Docket No. 7).  The request to vacate the status conference is therefore denied.

Insofar as the motion requests relief from the Court's order that plaintiff serve defendant forthwith, the Court does not agree that "Plaintiff would be unfairly prejudiced if she is ordered to serve the complaint before the 120 day period and before she has retained local counsel" (Docket No. 10, ¶ 6).  Further, Rule 4(m) governs the time limit for dismissing a case without prejudice for lack of service; it has no relevance to scheduling (or status) conferences.  The request is denied; plaintiff shall serve defendant forthwith.

As counsel for plaintiff appears to be located out of state, the Court hereby grants leave for counsel to appear telephonically, by contacting chambers at the appropriate time at (303) 844-2403.

Date: January 13, 2015